UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:  Clayton, Jonathan Christopher    §    Case No. 20-30382
                                         §
                                         §
                                         §
            Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/31/2020. The undersigned trustee was appointed on 03/31/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $        49,980.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 210.91 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 49,769.09 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/03/2021 and the deadline for filing governmental claims was 05/03/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,748.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,748.00, for a total compensation of $5,748.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/27/2022                    By: /s/ Heather W. Culp
                                        Trustee

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

USBA Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 20-30382 | Trustee Name: | (530570) Heather W. Culp |
|---|---|---|---|
| Case Name: | Clayton, Jonathan Christopher | Date Filed (f) or Converted (c): | 03/31/2020 (f) |
| | | § 341(a) Meeting Date: | 05/06/2020 |
| For Period Ending: | 01/27/2022 | Claims Bar Date: | 05/03/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1* | 5835 Eleanor Rigby Road, Charlotte, NC 28278-0000 (See Footnote) | 270,000.00 | 0.00 | OA | 0.00 | FA | 232,091.00 | 37,909.00 |
| 2* | Vosburgh Road Lot, Brigton, NY 00000-0000 (See Footnote) | 9,865.00 | 6,015.00 | | 1,705.19 | FA | 0.00 | 3,850.00 |
| 3 | 2018 Sierra GMC, 27000 miles | 35,000.00 | 0.00 | | 0.00 | FA | 45,933.00 | 0.00 |
| 4 | 2017 Shorelander | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 5* | 2017 Yamaha E Series 242 Limited (See Footnote) | 51,360.00 | 872.62 | | 386.49 | FA | 49,987.38 | 500.00 |
| 6 | Gray dresser, couch, 2 desk, 2 deskchair, dining chairs and bench, hall bench, small couch, teal ottoman, blue chair, 3 bar stools, 4 side tables, fridge, washer and dryer set, green round ottoman, chaise lounge chairs, small patio table, grill, rowing machine, miscellaneous household decor, miscellanous kitchen ware and dishes | 2,100.00 | 0.00 | | 0.00 | FA | 0.00 | 2,100.00 |
| 7 | TV, computer | 850.00 | 0.00 | | 0.00 | FA | 0.00 | 850.00 |
| 8 | Bike | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 9 | Clothing, shoes | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 10 | Wedding band, Garmin watch | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 11 | 2 dogs | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Checking: Wells Fargo Joint Checking -1309 | 247.91 | 0.00 | | 0.00 | FA | 0.00 | 247.91 |
| 13 | Checking: Charlotte Metro Credit Union Checking -5056-SOO | 10.00 | 0.00 | | 0.00 | FA | 0.00 | 10.00 |
| 14 | Savings: Charlotte Metro Credit Union -5056-S10 | 0.78 | 0.00 | | 0.00 | FA | 0.00 | 0.78 |
| 15 | AutoglassCRM, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16 | IRA: Vanguard Rollover IRA Brokerage Account | 632.09 | 0.00 | | 0.00 | FA | 0.00 | 632.09 |
| 17 | 2019 Tax Refund: Federal | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18* | Net Operating Loss refunds from IRS for tax years 2013, 2014, 2015 and 2016 (u) (See Footnote) | 37,480.00 | 0.00 | | 37,480.00 | FA | 0.00 | 0.00 |
| 19* | Settlement on possible avoidance action on 1/2 int. in Eleanor Rigby property (u) (See Footnote) | 0.00 | 5,372.62 | | 10,408.32 | FA | 0.00 | 0.00 |
| 19 | Assets Totals (Excluding unknown values) | $408,945.78 | $12,260.24 | | $49,980.00 | $0.00 | $328,011.38 | $47,499.78 |

| RE PROP# 1 | Dkt #50 - Order abandoning house to debtor. |
|---|---|
| RE PROP# 2 | Settlement Order #46 |
| RE PROP# 5 | Settlement Order#46 |
| RE PROP# 18 | Settlement Order Dkt. #35 |
| RE PROP# 19 | Settlement Order #46 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| Case No.: 20-30382 | Trustee Name: (530570) Heather W. Culp |
| Case Name: Clayton, Jonathan Christopher | Date Filed (f) or Converted (c): 03/31/2020 (f) |
| | § 341(a) Meeting Date: 05/06/2020 |
| For Period Ending: 01/27/2022 | Claims Bar Date: 05/03/2021 |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

12/31/20: On 9/29/20, Trustee filed with the IRS a Request for Prompt Refund for NOL carryback returns; 180*** days for IRS to respond will run 3/29/21. Obtain and review Debtor's 2019 tax returns. Conclude investigation of any other assets to liquidate.

***7/21/21: 120 days

6/30/21:
1. On 6/14/21, the bankruptcy court granted Trustee's motion to determine tax refunds owed to the estate and ordered IRS to turn over $37,480 arising from CARES Act NOLs for tax years 2013-2016. Compliance hearing set for 7/26/21.
2. Trustee is investigating the Debtor's August 2019 transfer, for no consideration, of his 100% interest in Eleanor Rigby Drive property to himself and his non-filing spouse.
3. Next steps: liquidate non-exempt equity in Yamaha boat, Brighton NY lot, and resolve possible fraudulent transfer. Receive IRS refunds. Review claims.

Initial Projected Date Of Final Report (TFR): 06/30/2021    Current Projected Date Of Final Report (TFR): 01/27/2022 (Actual)

| | |
|---|---|
| 01/27/2022 | /s/Heather W. Culp |
| Date | Heather W. Culp |

Copy Served On: Shelley K. Abel
Bankruptcy Administrator

| Form 2 | | | | | | Exhibit B |
|---|---|---|---|---|---|---|

## Cash Receipts And Disbursements Record

Page: 1

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 20-30382 | | Trustee Name: | | Heather W. Culp (530570) |
| Case Name: | Clayton, Jonathan Christopher | | Bank Name: | | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8243 | | Account #: | | ******4408 Checking |
| For Period Ending: | 01/27/2022 | | Blanket Bond (per case limit): | | $500,000.00 |
| | | | Separate Bond (if applicable): | | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/30/21 | {18} | Internal Revenue Service | Payment per Order Determining Tax Refund, Dkt #35 / pays 2015 yr tax refund | 1229-000 | 11,738.00 | | 11,738.00 |
| 07/30/21 | {18} | Internal Revenue Service | Payment per Order Determining Tax Refund, Dkt # 35 / pays 2014 tax yr. refund | 1229-000 | 9,350.00 | | 21,088.00 |
| 07/30/21 | {18} | Internal Revenue Service | Payment per Order Determining Tax Refund; Dkt #35 / pays 2016 tax yr. refund | 1229-000 | 13,197.00 | | 34,285.00 |
| 08/05/21 | {18} | Internal Revenue Service | Payment per Order Determining Tax Refund, Dkt #35 / pays 2013 yr tax refund | 1229-000 | 3,195.00 | | 37,480.00 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 63.04 | 37,416.96 |
| 09/13/21 | | Jonathan Christopher Clayton | Settlement payment per Order Dkt #46 | | 12,500.00 | | 49,916.96 |
| | {2} | | Acct #2030382-001; Payment #1 $1,705.19 | 1149-000 | | | |
| | {5} | | Acct #2030382-001; Payment #1 $386.49 | 1149-000 | | | |
| | {19} | | Acct #2030382-001; Payment #1 $10,408.32 | 1241-000 | | | |
| 09/16/21 | | Jonathan Christopher Clayton | CORRECTIVE ENTRY- FOR POSITIVE DISBURSEMENT due to non-conforming image | 9999-000 | | -12,500.00 | 62,416.96 |
| 09/16/21 | | Jonathan Christopher Clayton | due to non-conforming image | 9999-000 | | 12,500.00 | 49,916.96 |
| 09/16/21 | | Jonathan Christopher Clayton | DEPOSIT REVERSAL- due to non-conforming image | | -12,500.00 | | 37,416.96 |
| | {5} | | Acct #2030382-001; Refund for Payment #1 -$12,500.00 | 1149-000 | | | |
| 09/17/21 | | Jonathan Christopher Clayton | Settlement payment per Order Dkt #46 | 1149-000 | 12,500.00 | | 49,916.96 |
| | {5} | | Acct #2030382-001; Payment #1 $12,500.00 | 1149-000 | | | |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 70.65 | 49,846.31 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 77.22 | 49,769.09 |
| | | **COLUMN TOTALS** | | | 49,980.00 | 210.91 | $49,769.09 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 49,980.00 | 210.91 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$49,980.00** | **$210.91** | |

# Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| Case No.: | 20-30382 | Trustee Name: | Heather W. Culp (530570) |
| Case Name: | Clayton, Jonathan Christopher | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8243 | Account #: | ******4408 Checking |
| For Period Ending: | 01/27/2022 | Blanket Bond (per case limit): | $500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| | |
|---|---|
| Net Receipts: | $49,980.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $49,980.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4408 Checking | $49,980.00 | $210.91 | $49,769.09 |
| | $49,980.00 | $210.91 | $49,769.09 |

| | |
|---|---|
| 01/27/2022 | /s/Heather W. Culp |
| Date | Heather W. Culp |

USBA Form 101-7-TFR (5/1/2011)

Printed: 01/27/22 7:37 AM

# Exhibit C
## Claims Distribution Register

Page: 1

Case:    20-30382 JONATHAN C. CLAYTON

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | | |
| ACCT EXP | 11/16/21 | 200 | Middleswarth Bowers & Co., LLP<br>219 Wilmot Drive<br>Gastonia, NC 28054<br><3420-00 Accountant for Trustee Expenses (Other Firm)> | | $ 9.10 | $ 9.10 | $ 0.00 | $ 9.10 | $ 9.10 |
| ACCT | 11/12/21 | 200 | Middleswarth Bowers & Co., LLP<br><3410-00 Accountant for Trustee Fees (Other Firm)> | | $ 4,694.25 | $ 4,694.25 | $ 0.00 | $ 4,694.25 | $ 4,694.25 |
| ATTY EXP | 11/12/21 | 200 | Essex Richards, P.A.<br>1701 South Boulevard<br>Charlotte, NC 28203<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | $ 179.70 | $ 179.70 | $ 0.00 | $ 179.70 | $ 179.70 |
| ATTY FEE | 11/12/21 | 200 | Essex Richards, P.A.<br>1701 South Boulevard<br>Charlotte, NC 28203<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | | $ 6,072.50 | $ 6,072.50 | $ 0.00 | $ 6,072.50 | $ 6,072.50 |
| FEE | 11/18/21 | 200 | Heather W. Culp<br>1701 South Blvd.<br>Charlotte, NC 28203<br><2100-00 Trustee Compensation> | | $ 5,748.00 | $ 5,748.00 | $ 0.00 | $ 5,748.00 | $ 5,748.00 |
| | | | Total for Priority 200:    100% Paid | | $ 16,703.55 | $ 16,703.55 | $ 0.00 | $ 16,703.55 | $ 16,703.55 |
| | | | Total for Admin Ch. 7 Claims: | | $ 16,703.55 | $ 16,703.55 | $ 0.00 | $ 16,703.55 | $ 16,703.55 |
| **Unsecured Claims:** | | | | | | | | | |
| 1 | 05/07/20 | 610 | Prosperity Investments Inc<br>dba Lake Wylie Tax Service and Bookkeepi<br>4559 Charlotte Highway<br>Lake Wylie, SC 29710<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 3,625.00 | $ 3,625.00 | $ 0.00 | $ 3,625.00 | $ 956.31 |
| 2 | 06/29/20 | 610 | Google LLC<br>Google, LLC / Attn: Vacquintanilla<br>320 North Morgan St., Ste. 600<br>Chicago, IL 60607<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 58,917.64 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | 02/05/21 | 610 | Navient Solutions, LLC. On behalf of<br>Department of Education Loan Services<br>P.O. Box 4450<br>Portland, OR 97208-4450<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 37,866.03 | $ 37,866.03 | $ 0.00 | $ 37,866.03 | $ 9,989.38 |

Printed: 01/27/22 7:37 AM

# Exhibit C
## Claims Distribution Register

Page: 2

Case:   20-30382 JONATHAN C. CLAYTON

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 02/10/21 | 610 | Citibank, N.A.<br>6716 Grade Ln., Bldg. 9, Ste 910-PY Dept<br>Louisville, KY 40213<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,809.26 | $ 2,809.26 | $ 0.00 | $ 2,809.26 | $ 741.11 |
| 5 | 02/19/21 | 610 | Founders Federal Credit Union<br>Attn: Bankruptcy<br>737 Plantation Road<br>Lancaster, SC 29720<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 11,453.35 | $ 11,453.35 | $ 0.00 | $ 11,453.35 | $ 3,021.49 |
| 6 | 03/01/21 | 610 | Bank of America, N.A.<br>P.O. Box 15312<br>Wilmington, DE 19850-5312<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 6,428.73 | $ 6,428.73 | $ 0.00 | $ 6,428.73 | $ 1,695.95 |
| 7 | 03/01/21 | 610 | Bank of America, N.A.<br>P.O. Box 15312<br>Wilmington, DE 19850-5312<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 7,241.50 | $ 7,241.50 | $ 0.00 | $ 7,241.50 | $ 1,910.37 |
| 8 | 03/01/21 | 610 | Bank of America, N.A.<br>P.O. Box 15312<br>Wilmington, DE 19850-5312<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 10,379.59 | $ 10,379.59 | $ 0.00 | $ 10,379.59 | $ 2,738.22 |
| 9 | 03/01/21 | 610 | Bank of America, N.A.<br>P.O. Box 15312<br>Wilmington, DE 19850-5312<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 11,647.79 | $ 11,647.79 | $ 0.00 | $ 11,647.79 | $ 3,072.78 |
| 10 | 03/10/21 | 610 | Truliant Federal Credit Union<br>P.O. Box 26253<br>Winston Salem, NC 27114<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 9,091.86 | $ 9,091.86 | $ 0.00 | $ 9,091.86 | $ 2,398.51 |
| 11 | 03/11/21 | 610 | Lake Wylie Tax Service<br>4559 Charlotte Highway<br>Lake Wylie, SC 29710<br><7100-00 Section 726(a)(2) General Unsecured Claims><br>Duplicate of Claim 1-1 | $ 3,625.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | 03/16/21 | 610 | Mygrant Glass Company<br>c/o Jonathan Neil & Assoc. Inc.<br>PO Box 7000<br>Tarzana, CA 91357<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,683.87 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Printed: 01/27/22 7:37 AM

## Exhibit C
## Claims Distribution Register

Page: 3

Case: 20-30382 JONATHAN C. CLAYTON

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 13 | 03/31/21 | 610 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 24,796.11 | $ 24,796.11 | $ 0.00 | $ 24,796.11 | $ 6,541.42 |
| | | | Total for Priority 610:   26.38084% Paid | $ 189,565.73 | $ 125,339.22 | $ 0.00 | $ 125,339.22 | $ 33,065.54 |
| | | | Total for Unsecured Claims: | $ 189,565.73 | $ 125,339.22 | $ 0.00 | $ 125,339.22 | $ 33,065.54 |
| | | | Total for Case: | $ 206,269.28 | $ 142,042.77 | $ 0.00 | $ 142,042.77 | $ 49,769.09 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-30382
Case Name: JONATHAN C. CLAYTON
Trustee Name: Heather W. Culp

**Balance on hand:** $ 49,769.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 49,769.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Heather W. Culp | 5,748.00 | 0.00 | 5,748.00 |
| Attorney for Trustee Fees - Essex Richards, P.A. | 6,072.50 | 0.00 | 6,072.50 |
| Attorney for Trustee, Expenses - Essex Richards, P.A. | 179.70 | 0.00 | 179.70 |
| Accountant for Trustee Fees (Other Firm) - Middleswarth Bowers & Co., LLP | 4,694.25 | 0.00 | 4,694.25 |
| Accountant for Trustee Expenses (Other Firm) - Middleswarth Bowers & Co., LLP | 9.10 | 0.00 | 9.10 |

Total to be paid for chapter 7 administrative expenses: $ 16,703.55
Remaining balance: $ 33,065.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 33,065.54

USBA Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||||

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 33,065.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $125,339.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Prosperity Investments Inc | 3,625.00 | 0.00 | 956.31 |
| 2 | Google LLC | 0.00 | 0.00 | 0.00 |
| 3 | Navient Solutions, LLC. On behalf of | 37,866.03 | 0.00 | 9,989.38 |
| 4 | Citibank, N.A. | 2,809.26 | 0.00 | 741.11 |
| 5 | Founders Federal Credit Union | 11,453.35 | 0.00 | 3,021.49 |
| 6 | Bank of America, N.A. | 6,428.73 | 0.00 | 1,695.95 |
| 7 | Bank of America, N.A. | 7,241.50 | 0.00 | 1,910.37 |
| 8 | Bank of America, N.A. | 10,379.59 | 0.00 | 2,738.22 |
| 9 | Bank of America, N.A. | 11,647.79 | 0.00 | 3,072.78 |
| 10 | Truliant Federal Credit Union | 9,091.86 | 0.00 | 2,398.51 |
| 11 | Lake Wylie Tax Service | 0.00 | 0.00 | 0.00 |
| 12 | Mygrant Glass Company | 0.00 | 0.00 | 0.00 |
| 13 | American Express National Bank | 24,796.11 | 0.00 | 6,541.42 |

Total to be paid for timely general unsecured claims: $ 33,065.54
Remaining balance: $ 0.00

USBA Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

USBA Form 101-7-TFR(5/1/2011)

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2022, I electronically filed the foregoing **TRUSTEE'S FINAL REPORT (TFR)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

Shelley K. Abel, U.S. Bankruptcy Administrator
Christopher Damon Layton, Debtor's Attorney

I further certify that the foregoing was served on the parties listed below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service on January 28, 2022.

Jonathan Christopher Clayton
5835 Eleanor Rigby Road
Charlote, NC 28278

/s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
Chapter 7 Trustee/Attorney for Trustee
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) Case No.: 20-30382 |
| Jonathan Christopher Clayton | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |

**BANKRUPTCY ADMINISTRATOR'S STATEMENT OF
POSITION REGARDING TRUSTEE'S FINAL
REPORT AND PROPOSED DISTRIBUTION**

1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under title 11 of the United States Code. This Bankruptcy Administrator's Statement of Position Regarding Trustee's Final Report and Proposed Distribution is filed pursuant to that authority.

2. The Office of the Bankruptcy Administrator has reviewed the Trustee's Final Report and Proposed Distribution submitted by Heather Culp, Trustee in the above captioned Chapter 7 case, and subject to the proper filing and noticing of the Trustee's Final Report and Proposed Distribution as well as all applications submitted to the Office of the Bankruptcy Administrator for review, the Office of the Bankruptcy Administrator has found no basis upon which to raise any objection.

Date: January 26, 2022

/s/ Shelley K. Abel
Shelley K. Abel
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC 28202-1669
N.C. State Bar #34370
Tel: (704) 350-7587   Fax: (704) 344-6666
Shelley_Abel@ncwba.uscourts.gov